Samuel J. Sloan, administrator of the estate of Homer Sloan, deceased, appellee, v. Chicago & Eastern Illinois Railway Company, appellant. Gen. No. 7,622.

Action for death by wrongful act of defendant's train in colliding at crossing with automobile in which plaintiff's intestate was riding. Judgment for plaintiff. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed March 17, 1927.

Free P. Morris and Roscoe C. South, for appellant; Homer T. Dick, of counsel. Dyer & Dyer and J. W. Kern, for appellee.

Mr. Justice Jett delivered the opinion of the court.